UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **2:20-cv-01300-MCS (MAA)**                                                                  Date: **January 13, 2022**

Title   **Norman Cheed Cooke v. Kilolo Kijakazi**

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Narissa Estrada | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**     Order to Show Cause Re: Dismissal for Lack of Prosecution

    On March 17, 2020, the Court issued an Initial Case Management Order Regarding Procedures in Social Security Appeals with a Pro Se Litigant ("Order").  (Order, ECF No. 6.)  Among other deadlines, the Order required Plaintiff to file a motion for disposition of claim for relief ("Motion") no later than thirty-five days after the filing of the answer.  (*Id*. § VIII.A.)  The answer was filed on July 29, 2021.  (ECF No. 14.)  Thus, Plaintiff's Motion was due on September 2, 2021.

    To date, Plaintiff has not filed a Motion.  Plaintiff is **ORDERED TO SHOW CAUSE** by **February 14, 2022** why the Court should not recommend that the lawsuit be dismissed for failure to prosecute and comply with a Court order.  If Plaintiff files a Motion on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken.

    **Plaintiff is cautioned that failure to respond to this Order may result in dismissal of the Complaint without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).**  *See* C.D. Cal. L.R. 41-1.

    It is so ordered.